**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James Leslie Spence |
| Debtor 2 (Spouse, if filing) | Melissa Jean Spence |

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number  1:19-bk-12247-NWW

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 20-1

**Last 4 digits** of any number you use to identify the debtor's account:  5  7  2  4

**Date of payment change:**
Must be at least 21 days after date of this notice   09/01/2020

**New total payment:**
Principal, interest, and escrow, if any   $          701.12

---

**Part 1:    Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $          173.87          New escrow payment:    $          183.83

**Part 2:    Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%          New interest rate:  _____%

   Current principal and interest payment: $ _____          New principal and interest payment:  $ _____

**Part 3:    Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

---

Debtor 1   **James Leslie Spence**
　　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* **1:19-bk-12247-NWW**

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ D. Anthony Sottile**
　　Signature

Date   08/11/2020

Print:   **D. Anthony Sottile**
　　　　First Name　　　　Middle Name　　Last Name

Title   Authorized Agent for Creditor

Company   **Sottile & Barile, LLC**

Address   **394 Wards Corner Road, Suite 180**
　　　　　Number　　　　　Street

**Loveland**　　　　　**OH**　　**45140**
City　　　　　　　　　State　　ZIP Code

Contact phone   **513-444-4100**

Email   bankruptcy@sottileandbarile.com

SN Servicing Corporation                                                      Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   July 23, 2020

JAMES SPENCE                                                      Loan:      ████████
MELISSA SPENCE
118 EASY ST
LAFAYETTE GA  30728                          Property Address:
                                             118 EASY STREET
                                             LA FAYETTE, GA  30728


**Annual Escrow Account Disclosure Statement**
**Account History**


This is a statement of actual activity in your escrow account from July 2020 to Aug 2020.  Last year's anticipated activity
(payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 517.29 | 517.29 |
| Escrow Payment: | 173.87 | 183.83 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $691.16 | $701.12 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2019 |
| Escrow Balance: | (1,822.67) |
| Anticipated Pmts to Escrow: | 1,912.57 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $89.90 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (1,822.67) |
| | | | | | Anticipated Transactions | 0.00 | (1,822.67) |
| Jul 2020 | | 1,738.70 | | | | | (83.97) |
| Aug 2020 | | 173.87 | | | | | 89.90 |
| | $0.00 | $1,912.57 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call
our toll-free number.


Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under
Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the
account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are
silent on this issue.

SN Servicing Corporation
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   July 23, 2020

JAMES SPENCE                                                                                      Loan: ████████

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|------|------|------|------|------|------|
| | | | Starting Balance | 89.90 | 1,286.81 |
| Sep 2020 | 183.83 | | | 273.73 | 1,470.64 |
| Oct 2020 | 183.83 | | | 457.56 | 1,654.47 |
| Nov 2020 | 183.83 | | | 641.39 | 1,838.30 |
| Dec 2020 | 183.83 | 1,073.96 | County Tax | (248.74) | 948.17 |
| Jan 2021 | 183.83 | | | (64.91) | 1,132.00 |
| Feb 2021 | 183.83 | | | 118.92 | 1,315.83 |
| Mar 2021 | 183.83 | 1,132.00 | Homeowners Policy | (829.25) | 367.66 |
| Apr 2021 | 183.83 | | | (645.42) | 551.49 |
| May 2021 | 183.83 | | | (461.59) | 735.32 |
| Jun 2021 | 183.83 | | | (277.76) | 919.15 |
| Jul 2021 | 183.83 | | | (93.93) | 1,102.98 |
| Aug 2021 | 183.83 | | | 89.90 | 1,286.81 |
| | $2,205.96 | $2,205.96 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 367.66.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 367.66 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 89.90.  Your starting balance (escrow balance required) according to this analysis should be $1,286.81.  This means you have a shortage of 1,196.91. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,205.96.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 183.83 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $183.83 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

In Re:                                          Case No. 1:19-bk-12247-NWW

James Leslie Spence
Melissa Jean Spence                             Chapter 13

Debtors.                                        Judge Nicholas W. Whittenburg

---

**CERTIFICATE OF SERVICE**

---

I certify that on August 11, 2020, a copy of the foregoing Notice of Mortgage Payment Change
was filed electronically. Notice of this filing will be sent to the following party/parties through
the Court's ECF System. Party/Parties may access this filing through the Court's system:

Kenneth C. Rannick, Debtors' Counsel
rannick@bankruptcychattanooga.com

Kara L. West, Chapter 13 Trustee
chattecf@ch13-trustee.com

Office of the United States Trustee
ustpregion08.cn.ecf@usdoj.gov

I further certify that on August 11, 2020, a copy of the foregoing Notice of Mortgage Payment
Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the
following:

James Leslie Spence, Debtor
118 Easy Street
La Fayette, GA 30728

Melissa Jean Spence, Debtor
118 Easy Street
La Fayette, GA 30728

Dated: August 11, 2020

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com